**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| FOUNDATION FOR ELDERCARE, | : | No. 378 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| DAUPHIN COUNTY BOARD OF TAX | : | |
| ASSESSMENT APPEALS, BOROUGH | : | |
| OF HIGHSPIRE AND STEELTON- | : | |
| HIGHSPIRE SCHOOL DISTRICT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.